against public policy? 2. Are the contestants entitled to a jury trial on the question of the validity of the alleged agreements not to contest?

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN YEVCHAK, Appellant, v. CHARLES W. WATSON, Sheriff of Broome County, and Another, Respondents.— Motion denied, with ten dollars costs.

In the Matter of the Claim of HENRY ALLSPACH, Respondent, v. NICHOLAS LUCKNER IRON WORKS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied.

In the Matter of the Claim of VICTORIA T. BAILOS, Respondent, v. WOODSTOCK SECURITIES COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of EDITH BAILEY, Respondent, v. COLUMBIA ROPE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

BENJAMIN G. BARSHOW and Another, Respondents, v. AMERICAN TELEPHONE AND TELEGRAPH COMPANY, Appellant.— Appeal dismissed, without costs.

BENJAMIN G. BARSHOW and Another, Appellants, v. AMERICAN TELEPHONE AND TELEGRAPH COMPANY, Respondent.— Appeal dismissed, without costs.

BENJAMIN G. BARSHOW and Another, Respondents, v. AMERICAN TELEPHONE AND TELEGRAPH COMPANY, Appellant.— Judgment and order reversed, and new trial granted, with costs to the appellant to abide the event, on the ground that it was prejudicial error to admit the testimony of a witness that Mr. Avery said to him that the defendant removed the felled wood from the premises, and that there was no evidence supporting the finding of the jury that the defendant carried it away. All concur.

E. & J. BASS, INC., Respondent, v. ALFRED A. HERBERT, Appellant.— Motion denied, with ten dollars costs.

In the Matter of the Claim of MARY J. BEAUCHAMP, Respondent, v. COLUMBIAN MILLS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Motion denied.

MAX BLOCKER, Respondent, v. FONDA, JOHNSTOWN AND GLOVERSVILLE RAILROAD COMPANY, Appellant.— Judgment and orders unanimously affirmed, with costs.

In the Matter of the Claim of GERTRUDE BOOS, Respondent, v. GEORGE SUPPLE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

ILDO A. BROGLIO, Respondent, v. ANTONIO BELO, Appellant.— Motion granted by default, without costs.

MABEL M. BRUNCK, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Judgment unanimously affirmed, with costs.

In the Matter of the Claim of Dr. E. A. CAMPBELL, Respondent, v. KNICKERBOCKER ICE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted to the State Industrial Board. All concur.

In the Matter of the Claim of LUCIA CARDILLO, Respondent, v. METAL STAMPING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.